STATE v. HILL

   No. 54 PC.

   Case below: 50 N.C. App. 212.

   Application by defendant for further review denied 8 July 1981.

STATE v. HILL

   No. 164 PC.

   Case below: 49 N.C. App. 692.

   Application by defendant for further review denied 8 July 1981.

STATE v. LEDNUM

   No. 150 PC.

   Case below: 51 N.C. App. 387.

   Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

STATE v. LITTLE

   No. 96 PC.

   Case below: 50 N.C. App. 212.

   Application by defendant for further review denied 8 July 1981.

STATE v. MARTIN

   No. 224 PC.

   Case below: 52 N.C. App. 326.

   Petition by defendant for discretionary review under G.S. 7A-31 denied 19 June 1981.